IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PABLO SUASTEGUI VEGA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ACTING SECRETARY KEVIN MCALEENAN, Acting Secretary of Homeland Security; USCIS DIRECTOR FRANCIS CISSNA, Director, U.S. Citizenship and Immigration Services; WILLIAM CONNOR, Omaha Field Office Director, United States Citizenship and Immigration Services; WILLIAM BARR, U.S. Attorney General; ACTING ICE DIRECTOR RONALD VITIELLO, Acting Director of United States Immigration and Customs Enforcement; ST. PAUL ERO FOD PETER BERG, St. Paul Field Office Director of Enforcement and Removal Operations; ERO OFFICER ALLEN GILL, ERO Officer; and WILLIAM BRUEGGEMANN, Cass County Sheriff;<br><br>　　　　　　Defendants. | **8:19CV189**<br><br>**ORDER** |

　　　　Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed *in forma pauperis*.

　　　　IT IS ORDERED:

　　　　1.　　Plaintiff's application, (Filing No. 2) is granted, and the complaint shall be filed without payment of fees.

　　　　2.　　The Clerk of Court shall send a copy of this Memorandum and Order

together with eight summons form(s) and eight USM-285 form(s) to Plaintiff's attorney of record for service of process on Defendant(s).

3. If Plaintiff is not requesting service by United States Marshal, Plaintiff's attorney of record shall, as soon as possible, complete the summons form(s) and return them to the Clerk of the court to be issued. The issued summon(s) will then be returned to Plaintiff's attorney of record for service on Defendant(s).

4 If Plaintiff is requesting service by the United States Marshal, Plaintiff's attorney of record shall, as soon as possible, complete the USM-285 form(s) and the summons form(s) and return them to the Clerk of the court. The Clerk of the court will sign the summons form(s), to be forwarded with a copy of Plaintiff's Complaint to the U.S. Marshal for service of process. The Clerk of the court will copy the Complaint; Plaintiff's counsel need not do so. The Marshal shall serve the summons and the Complaint without payment of costs or fees.

5. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

April 29, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge